■ ANN SPANO, Appellant, v. PERINI CORPORATION et al., Respondents. ROBERT G. DAVIS, Appellant, v. PERINI CORPORATION et al., Respondents.— Determination of the Appellate Term entered January 25, 1968 unanimously affirmed. (See *Thomas* v. *Hendrickson Bros.*, 30 A D 2d 730.) No costs or

disbursements.   Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.